FILED

2017 MAY 18 PM 1:06

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: ________

Name: Maria Del Rosario Guardado
Address: 14668 Hubbard st #1
Sylmar CA 91342
Phone: 818-667-0261
Fax: ________

In Pro Per

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Robert Allen Richards Jr

Plaintiff

v.

Maria Del Rosario Guardado
Et-Al

Defendant(s).

CASE NUMBER:

CV17-400-BRO(AGRx)

Requesting extention

( Enter document title in the space provided above)

Requesting more time to Reponse to Complaint.

Maria Del Rosario [signature]

5/18/2017

Page Number